UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-62488-UU

ALLEN SAKS,

    Plaintiff,

v.

LVNV FUNDING, LCC, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court upon the parties' Joint Notice of Settlement. D.E. 16. The Court having considered the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _5th_ day of February, 2021.

                                            _____
                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record