UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-62488-UU

ALLEN SAKS,

    Plaintiff,

v.

LVNV FUNDING, LCC, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice (the "Stipulation"). D.E. 19. The Court having considered the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation is approved, and this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with each party to bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, this _9th_ day of March, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record